IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT H. HOLBER et al., | : | |
| *Plaintiffs*, | : | CIVIL ACTION |
| | : | No. 18-910 |
| v. | : | |
| | : | BANKRUPTCY ACTION |
| BARRY PORTNOY et al., | : | No. 16-00248 |
| *Defendants*. | : | |

## O R D E R

**AND NOW**, this 27th day of March, 2018, upon consideration of Defendants' Motion for Leave to Appeal (Doc. No. 1) and Plaintiffs' Responses in Opposition (Doc. No. 2), **it is HEREBY ORDERED** that the Motion to for Leave to Appeal (Doc. No. 1) is **DENIED** and the appeal is therefore **DISMISSED**.

The **Clerk of Court** shall **CLOSE** the case for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE